IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALMA EHSANUDDIN, and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO: 06-00448 |
| Plaintiffs, | | The Honorable Gary L. Lancaster |
| v. | | |
| WEST ASSET MANAGEMENT INC. | | |
| Defendants. | | Electronically filed |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto that the above-captioned action be and is hereby dismissed with prejudice and the clerk shall mark this case accordingly.

STIPULATED AND AGREED:        STIPULATED AND AGREED:

Dated: September 7, 2006

By:

/s/Jeffrey L. Suher                    /s/Bryan C. Shartle, Esquire
Jeffrey L. Suher Pa. I.D. 74924        LA ID. 27640
4328 Old William Penn Highway          3850 N. Causeway Blvd
Suite 2J                               Lakeway II Suite 1240
Monroeville PA 15146                   Metairie, LA 70002

SO ORDERED this ___ day of September, 2006.

_____
Gary L. Lancaster, U.S. District Judge